THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAUTILUS INSURANCE COMPANY**<br><br>v.<br><br>**TRH, LLC,** *et al.* | **CIVIL ACTION**<br><br>**No. 24-5787** |

## ORDER

**AND NOW**, this 30th day of March, 2026, upon consideration of the defendants' motion for judgment on the pleadings and the opposition thereto, as well as the plaintiff's motion for judgment on the pleadings and the opposition thereto, it is hereby **ORDERED**:

1. The defendants' motion for judgment on the pleadings (ECF 25) is **DENIED**.

2. The plaintiff's motion for judgment on the pleadings (ECF 26) is **GRANTED**.

3. Judgment is **ENTERED** in favor of Plaintiff Nautilus and against Defendants TRH, Hashiz and Ejaz regarding the parties' rights and obligations under the Nautilus policy bearing policy number NN1225344 (the "Nautilus Policy") as follows:

   a. Coverage is not available under the Nautilus Policy to TRH, Hashiz or Ejaz for the claims asserted, and damages alleged, in the underlying action captioned *Danielle Derr v. Hashiz LLC t/a, d/b/a Hashi'z Islamic Store, Rehan Ejaz and TRH LLC t/a, d/b/a Hashi'z Islamic Store* pending in the Court of Common Pleas for Philadelphia County, Pennsylvania, No. 230501298;

   b. Nautilus has no duty to defend TRH, Hashiz or Ejaz for the claims asserted in the Underlying Action and no duty to indemnify TRH, Hashiz or Ejaz for any

damages they may become obligated to pay in connection with the underlying action; and

   c. With appropriate leave of the court in the underlying action, Nautilus may withdraw its defense of TRH in the underlying action. Should TRH fail to substitute new counsel in the underlying action, and should Nautilus not be permitted to withdraw its defense of TRH, Nautilus may return to this Court to seek additional relief, if any, that may be appropriate.

4. The Clerk is **DIRECTED** to close this case.

**BY THE COURT**:

*s/ Catherine Henry*

**CATHERINE HENRY, J.**
